# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILA EKONOMISTYRNING AB, a Swedish Corporation; PEKEN INVEST AB, a Swedish corporation; GUSTAV INVEST AB, a Swedish corporation; and HANS RYDIN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>VITARGO GLOBAL SCHIENCES, LLC, a Delaware limited liability company; VITARGO GLOBAL SCIENCES, INC., a Delaware corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 8:17-cv-00085-CJC (JCGx)<br><br>[Orange County Court Case No.: 30-2016-00883089-CU-BC-CJC]<br><br>**ORDER FOR REMAND TO STATE COURT** |

Having considered the Stipulation filed concurrently with this (Proposed) Order for Remand to State Court and good cause appearing therefore, THE COURT HEREBY ORDERS AS FOLLOWS:

1. This matter, is remanded to the Superior Court of California for the County of Orange, forthwith.

**Dated: February 8, 2017**       By:_____
Honorable Cormac J. Carney
U.S. District Judge

1
**ORDER FOR REMAND TO STATE COURT**